

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 12, 2023**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 22-43131-ELM-11** |
| **Kings 828 Trucking, LLC,** | § | |
| | § | |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor-in-Possession.** | § | |

### Order Dismissing Case Without Prejudice
[resolving docket no. 47]

Came on for hearing, the *United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112.* [docket no. 47]. Based on the findings of fact and conclusions of law made on the record, the Court finds that cause exists to dismiss this case under 11 U.S.C. § 1112(b). It is therefore

ORDERED that this case shall be DISMISSED without prejudice to refiling upon entry of this Order.

## End of Order ##

Form of Order prepared by:

Erin Marie Schmidt
Trial Attorney, TX 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov